UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE SAPPHIRE,

    Plaintiff,

v.

                          CASE NO. 1:23-cv-19

                          HON. ROBERT J. JONKER

AEY HOLDINGS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

On April 10, 2023, the Court issued an order setting a deadline of May 12, 2023, for submission of closing documents (ECF No. 12). The deadline has lapsed with no response and accordingly,

**IT IS ORDERED** this matter is hereby **DISMISSED** without prejudice and without costs.

Dated:   May 15, 2023              /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE