## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NICOLE SAPPHIRE, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-3803 |
| *Plaintiff*, | Judge Robert J. Jonker |
| vs. | Magistrate Judge Sally J. Berens |
| AEY HOLDINGS, LLC d/b/a GAGE CANNABIS CO., | |
| *Defendant*. | |
| _____/ | |

## **JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nicole Sapphire and Defendant AEY Holdings, LLC d/b/a Gage Cannabis Co. hereby stipulate that this matter is hereby dismissed in its entirety. The dismissal is with prejudice as to Plaintiff's individual claim and without prejudice as to the claims of the putative uncertified class.

Date: May 19, 2023

Respectfully submitted,

| | |
|---|---|
| */s/Andrew Shamis* | */s/ Christopher Wagner* |
| Andrew J. Shamis | Christopher C. Wagner |
| Shamis & Gentile, P.A. | Mac Murray & Shuster, LLP |
| 14 NE 1st Avenue, Suite 705 | 6530 West Campus Oval, Suite 210 |
| Miami, FL 33132 | New Albany, OH 43054 |
| Phone: 305-479-2299 | Phone: 614-939-9955 |
| ashamis@shamisgentile.com | cwager@mslawgroup.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By: */s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar # 101754

*Attorneys for Plaintiff and the Class*